| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:96CR00277-01 and 2:97CR00161-01 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR 08 0023 JSW |
| **NAME AND ADDRESS OF SUPERVISED RELEASEE** Albert Clark WATSON Daly City, California | DISTRICT Eastern District of California | DIVISION Northern |
| | **NAME OF SENTENCING JUDGE** Honorable William B. Shubb | |
| | **DATES OF SUPERVISED RELEASE:** | FROM 11-05-2007 — TO 11-04-2010 |

**OFFENSE**   18 USC 2113(a) - Bank Robbery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/2/2008
Date                                                                                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/16/08
Effective Date                                                                         United States District Judge

CC:   United States Attorney
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG